## MILANI *v.* ILLINOIS.

No. 414, Misc.   Decided February 13, 1967.

Petitioner *pro se.*

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Supreme Court of Illinois is reversed. *Douglas* v. *California,* 372 U. S. 353.

## DALE *v.* CALIFORNIA.

No. 1030, Misc.   Decided February 13, 1967.

*Peter D. Bogart* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.